# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-1783

_____

Lawrence G. Gray, Jr.

*Plaintiff - Appellant*

v.

The Outsource Group

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: October 7, 2015
Filed: October 13, 2015
[Unpublished]

_____

Before WOLLMAN, BYE, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Lawrence G. Gray, Jr., appeals the district court's[1] adverse grant of summary judgment in his action under Title VII of the Civil Rights Act of 1964. Upon de novo

_____

[1]The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

review, see <u>Sellers v. Deere & Co.</u>, 791 F.3d 938, 942 (8th Cir. 2015), and careful consideration of Gray's arguments for reversal, we conclude that summary judgment was warranted.  The judgment of the district court is affirmed, <u>see</u> 8th Cir. R. 47B, and Gray's motions for leave to correct clerical errors and for oral argument are denied.

_____